No. 500. SOCIETE INTERNATIONALE POUR PARTICIPA-TIONS INDUSTRIELLES ET COMMERCIALES, S. A., v. BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Roger J. Whiteford, John J. Wilson* and *Philip S. Peyser* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Townsend, Ralph S. Spritzer, James D. Hill, George B. Searls, Sidney B. Jacoby* and *Ernest S. Carsten* for respondents.

No. 513. UNITED STATES EX REL. MCCARTHY v. COOK, COMMANDING OFFICER, ET AL. C. A. 3d Cir. Certiorari denied. The motion to substitute Brucker, present Secretary of the Army, as a party respondent in the place of Stevens, resigned, is granted. *Thomas D. McBride* and *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondents.

No. 538. GLENN L. MARTIN CO. v. NORTHWEST AIRLINES, INC. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would grant the petition for certiorari. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *C. M. Horn, Thomas V. Koykka* and *Edward D. Crocker* for petitioner. *Francis D. Butler* for respondents.

No. 101, Misc. DEVORSE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se*. *Latham Castle*, Attorney General of Illinois, for respondent.